UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

| | |
|---|---|
| APOLLOMD BUSINESS SERVICES, LLC, a Georgia Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>BLOODWORTH WHOLESALE DRUGS, INC., ET AL.<br><br>    Defendants. | CIVIL ACTION FILE NO.<br><br>1:18-cv-01662-SCJ |

**MEMORANDUM IN SUPPORT OF DEFENDANT BLOODWORTH WHOLESALE DRUGS, INC.'S UNOPPOSED MOTION TO STAY THE DATE BY WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT AND FOR AN EXTENSION OF TIME PENDING FINAL DETERMINATION OF REMOVAL**

Bloodworth Wholesale Drugs, Inc., ("Bloodworth") asks this Court to stay the date by which to respond to Plaintiff's Complaint and for an extension of time pending a final determination of removal. Plaintiff does not oppose this Motion.

This lawsuit is one of more than 600 federal actions pending nationwide in which government entities and other plaintiffs assert claims

against pharmaceutical manufacturers, distributors, and/or physicians relating to the sale, marketing, and distribution of FDA-approved prescription opioid medications. More than 500 of those actions have been transferred to the Multidistrict Litigation ("MDL 2804") in the Northern District of Ohio that includes many other cases like this one.

On April 18, 2018, Endo Pharmaceuticals, Inc., filed a Notice of Removal on the basis of the existence of complete diversity between Plaintiff and all properly joined Defendants, and satisfaction of all other requirements for removal. Plaintiff has until May 17, 2018 to move to remand the case to state court.

Because the issue of the appropriate forum for this case has not been finally resolved, Bloodworth requests that this Court stay the date that Bloodworth is required to respond to the Complaint until sixty days after removal is finally determined. Plaintiff does not oppose this Motion.

It is in the best interest of the parties and in the interest of judicial efficiency to avoid the possibility of litigating the same issues in two different courts. If Bloodworth is required to respond to the Complaint before a final determination of removal is made, it risks having to respond in this Court and again in state court. Similarly, Plaintiff could be required

to respond to pleadings first in federal court and again in state court. Litigating these issues in both forums would be costly to all parties, as well as an inefficient use of judicial resources. The Court's inherent power includes the "broad power to stay proceedings" based on its authority to manage its docket efficiently. *See Intendis, Inc. v. River's Edge Pharm., LLC*, No. 1:11-CV-01634- RLV, 2011 WL 13096139, at *1 (N.D. Ga. Oct. 24, 2011) (citing *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). For these reasons, Bloodworth requests an Order staying the date that it is required to respond to the Complaint until sixty days after the issue of removal is finally determined. Final determination of removal shall occur on either May 17, 2018, if Plaintiff does not file a Motion to Remand, or upon the issuance of an order resolving Plaintiff's Motion to Remand. A Proposed Order is attached.

Dated: April 23, 2018

        Respectfully submitted,

        **OWEN, GLEATON, EGAN,**
          **JONES & SWEENEY, LLP**

        */s/ DAVID V. HAYES*
        FREDERICK N. GLEATON
        Georgia Bar No. 297250
        DAVID V. HAYES
        Georgia Bar No. 240156

                                                    *Attorneys for Bloodworth Wholesale Drugs, Inc.*

1180 Peachtree Street, NE
Suite 3000
Atlanta, Georgia 30309
Tel: (404) 688-2600
Fax: (404) 525-4347
Gleaton@OwenGleaton.com
DHayes@OwenGleaton.com

## **CERTIFICATE OF COMPLIANCE**

Undersigned counsel certifies the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rules 5.1(c) and 7.1(d).

DATED:  April 23, 2018

                            **OWEN, GLEATON, EGAN,**
                                  **JONES & SWEENEY, LLP**

*/s/ DAVID V. HAYES*
FREDERICK N. GLEATON
Georgia Bar No. 297250
DAVID V. HAYES
Georgia Bar No. 240156
***Attorneys for Bloodworth Wholesale Drugs, Inc.***

1180 Peachtree Street, NE
Suite 3000
Atlanta, Georgia 30309
Tel: (404) 688-2600
Fax: (404) 525-4347
Gleaton@OwenGleaton.com
DHayes@OwenGleaton.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of April, 2018, I electronically filed the foregoing DEFENDANT BLOODWORTH WHOLESALE DRUGS, INC.'S, **MEMORANDUM IN SUPPORT OF MOTION TO STAY THE DATE BY WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT AND FOR AN EXTENSION OF TIME PENDING FINAL DETERMINATION OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| Teri L. Thompson<br>**LAW OFFICE OF TERI LEE THOMPSON, LLC**<br>2330 Scenic Highway<br>Snellville, Georgia 30078<br>*Counsel for Plaintiff* | Paul J. Napoli<br>**NAPOLI SHKOLNIK PLLC**<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>*Counsel for Plaintiff* |
|---|---|
| Medicine Center Pharmacy<br>c/o Brett Tracy<br>3650 Chamblee Tucker Road<br>Chamblee, Georgia 30341 | Tinos Diamantatos<br>**MORGAN, LEWIS, & BOCKIUS LLP**<br>77 West Wacker Drive<br>Chicago, IL 60601-5094<br>*Counsel for Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC, and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.* |

| | |
|---|---|
| Jennifer G. Cooper<br>Georgia Bar No. 305225<br>**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**<br>3414 Peachtree Road, N.E. Suite 1600<br>Atlanta, GA 30326<br>*Counsel for Defendants Endo Health Solutions Inc. And Endo Pharmaceuticals Inc.* | Seth Litman<br>**THOMPSON HINE LLP**<br>3560 Lenox Rd NE #1600<br>Atlanta, Georgia 30326<br>*Counsel for Allergen PLC f/k/a Actavis PLC and Actavis, Inc. n/k/a Allergan Finance, LLC f/k/a Watson Pharmaceuticals* |
| Dale Sisco<br>**SISCO-LAW**<br>1110 N. Florida Avenue<br>Tampa, FL 33602<br>*Counsel for Attain Med, Inc.* | Halsey G. Knapp, Jr.<br>**KREVOLIN HORST, LLC**<br>One Atlantic Center 1201 W. Peachtree Street, NW Suite 3250<br>Atlanta, Georgia 30309<br>*Counsel for McKesson Corporation and PSS World Medical, Inc.* |

| | |
|---|---|
| Ashley W. Hardin<br>**WILLIAMS & CONNOLLY LLP**<br>725 Twelfth Street, NW<br>Washington D.C. 20005<br>*Counsel for Cardinal Health, Inc.* | Richard B. North, Jr.<br>NELSON, MULLINS RILEY &<br>SCARBOROUGH LLP<br>201 17th Street NW Suite 1700<br>Atlanta, GA 30363<br>(404) 322-6155<br>*Counsel for Johnson & Johnson,*<br>*Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Janssen*<br>*Case 1:18-cv-01498-MLB 4 Pharmaceutica, Inc. n/k/a/ Janssen Pharmaceuticals, Inc.* |
| S. Amy Spencer<br>107 Storrs Street/P.O. Box 2703<br>Concord, NH 03302-2703<br>*Counsel for Russell Portenoy* | Edward M. Newsom<br>**MILLER & MARTIN, PLLC**<br>Regions Plaza, Suite 2100<br>1180 West Peachtree St. N.W.<br>Atlanta, Georgia 30309<br>*Counsel for AmerisourceBergen Corp.* |

8

| Patrick J. Fitzgerald<br>**SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP**<br>4 Times Square<br>New York, NY 10036<br>Counsel for Purdue Pharma L.P, *Purdue Pharma Inc., and The Purdue Frederick Company, Inc.* | J. Matthew Donohue<br>**Holland & Knight LLP**<br>2300 U.S. Bancorp Tower<br>111 S.W. Fifth Avenue<br>Portland, OR 97204<br>*Counsel for Insys Therapeutics, Inc.* |
|---|---|
| JM Smith Corporation<br>c/o **CT CORPORATION SYSTEM**<br>289 S Culver St, Lawrenceville, GA, 30046-4805, USA<br>*Registered Agent for JM Smith* | Chad Shultz<br>**GORDON & REES, LLP**<br>3455 Peachtree Road, Suite 1500<br>Atlanta, Georgia 30326<br>*Counsel for Perry Fine, Scott Fishman, and Lynn Webster* |

DATED:  April 23, 2018

                          **OWEN, GLEATON, EGAN,**
                                **JONES & SWEENEY, LLP**

                          */s/ DAVID V. HAYES*
                          FREDERICK N. GLEATON
                          Georgia Bar No. 297250
                          DAVID V. HAYES
                          Georgia Bar No. 240156
                          ***Attorneys for Bloodworth Wholesale Drugs, Inc.***

1180 Peachtree Street, NE
Suite 3000
Atlanta, Georgia 30309
Tel: (404) 688-2600
Fax: (404) 525-4347
Gleaton@OwenGleaton.com


DHayes@OwenGleaton.com