IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| APPOLLOMD BUSINESS SERVICES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ATTAIN MED, INC., ET AL., <br><br> Defendants. | CIVIL ACTION NO. <br> 1:18-cv-1662-SCJ |

### ORDER

Having read and considered the Notice of Party Name Correction (Doc. No. [15]), pursuant to Federal Rule of Civil Procedure 21, the Court **DIRECTS** the Clerk to amend the case-style for the above-stated case to terminate Wal-Mart Stores, Inc. as a party-defendant and add Walmart Inc. as a party-defendant in its place.

IT IS SO ORDERED, this 30th day of April, 2018.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)